## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE HENRY, on behalf of herself and all others similarly situated, | ) ) ) | No. 1:25-cv-02094 |
| Plaintiffs, | ) ) ) | Judge April M. Perry Mag. Judge Daniel P. McLaughlin |
| vs. | ) ) ) | |
| Revive Md Supplement Company LLC, | ) ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

NOW COMES Plaintiff Constance Henry and Defendant Revive Md Supplement Company, LLC, by their respective undersigned counsel, and hereby notify the Court that the parties have reached a settlement to the above-captioned matter. The parties anticipate they will be able to submit a Stipulation of Dismissal within the next 60 days. The parties respectfully request the Court stay all current deadlines and remove this matter from its active docket and grant the parties until July 21, 2025 to file a formal Stipulation of Dismissal.

Dated: May 23, 2025

| | |
|---|---|
| /s/David B. Reyes | /s/John H. Wright, III |
| David B. Reyes | John H. Wright, III |
| Illinois Bar No.: 6340981 | Illinois Bar No.: 6339840 |
| **EQUAL ACCESS LAW GROUP, PLLC** | **WOMBLE BOND DICKINSON (US) LLP** |
| 68-29 Main Street | 555 Fayetteville Street, Ste 1100 |
| Flushing, NY 11367 | Raleigh, NC 27601 |
| T: (630) 478-0856 | T: (919) 755-2155 |
| Email: Dreyes@ealg.law | Email: John.Wright@wbd-us.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant Revive Md Supplement Company, LLC* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2025, I served the foregoing **Notice of Settlement** via the Court's ECF system on all counsel of record.

By:   */s/ John H. Wright, III*
        John H. Wright, III