UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

CONSTANCE HENRY, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

Revive Md Supplement Company LLC,

Defendant.

---

Case no. 1:25-cv-2094

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: August 14, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*
**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
Tel: (630)-478-0856
Email: Dreyes@ealg.law